# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF INDIANA
# NORTHERN DIVISION

In re *Huseman, Donald Raymond*  
    *dba Huseman Excavating*

Case No.  
Chapter *13*

_____ / Debtor

Attorney for Debtor: *Daniel L. Freeland*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *03/16/2010*

_____  
Debtor

AMERICAN EXPRESS
C/O REDLINE RECOVERY SERVICES
11675 RAINWATER DR STE 350
ALPHARETTA, GA   30009


AMERICAN EXPRESS TRAVEL
C/O 2015 VAUGHN RD BLD 400
JEFFERSONVILLE, GA   31044


ASPHALT SER CENTER INC
616 W AVE H
GRIFFITH, IN   46319


ASSET ACCEPTANCE LLC
PO BOX 2036
WARREN, MI   48090


BANC OF AMERICA LEASING
2600 W. BIG BEAVER ROAD
TROY, MI   48084


BP AMOCO
C/O HUNTER WARFIELD
3111 W DR MARTIN LUTHER KING
TAMPA, FL   33607


DANIEL J. PAUL
600 N. EMERSON AVE
PO BOX 405
GREENWOOD, IN   46142


DE LAGE LANDON
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA   19087


DEMOTTE STATE BANK
210 S. HELLECK ST
PO BOX 400
DEMOTTE, IN   46310

DICK'S SPORTING GOODS
C/O ENHANCED RECOVERY CORP
8014 BAYBERRY RD
JACKSONVILLE, FL  32256


DISCOVER BANK
C/O WELTMAN, WEINBERG & REIS
175 SOUTH 3RD STE 900
COLUMBUS, OH  43215


DONALD CRIPE
1005 COTTAGE GROVE
LOWELL, IN  46356


EXXON MOBIL
C/O LTD FINANCIAL SERVICES
7322 SOUTHWEST FRWY STE 1600
HOUSTON, TX  77074


GE MONEY LOWE'S CONSUMER
C/O PROFESSIONAL BUREAU
PO BOX 628
ELK GROVE, CA  95759


GMAC
PO BOX 380902
MINNEAPOLIS, MN  55438-0902


GORDON A. ETZLER
251 INDIANA AVE
VALPARAISO, IN  46383


HD SUPPLY WATERWORKS
PO BOX 1419
THOMASVILLE, GA  31799


HSBC
PO BOX 80082
SALINAS, CA  93912

HUSEMAN, GWEN Y.
362 GWENS COVE CT
LOWELL, IN  46356


INDIANA WORKFORCE DEVELOPMENT
10 NORTH SENATE AVE
INDIANAPOLIS, IN  46204


IRS
INDIANA GOVERNMENT CNTR NORTH
100 NORTH SENATE AVENUE
INDIANAPOLIS, IN  46204


JENNIFER L DUNITZ-GEIRINGER
200 WEST ADAMS ST
STE 2200
CHICAGO, IL  60606


KONRADI KONCRETE, INC
PO BOX 311
LOWELL, IN  46356


LEEP'S SUPPLY- MERRILLVILLE
8001 TYLER ST
MERRILLVILLE, IN  46410


LOWELL CONCRETE PRODUCTS
9312 W 181ST AVE
PO BOX 247
LOWELL, IN  46356


MARK J. ADEY ANDREW J. NAMENYE
600 1ST SOURCE BANK CENTER
100 N. MICHIGAN STREET
SOUTH BEND, IN  46601


MIDWEST OPERATING ENGINEERS
6150 JOLIET RD
LA GRANGE, IL  60525

```
PHILLIPS 66
C/O GC SERVICES LIMITED
6330 GULFTON
HOUSTON, TX   77081


PINKERTON OIL INC
75 US 20
CHESTERTON, IN   46304


ROBERT WALTON
794 PENILLYN PIKE
BLUE BELL, PA   19422


SAM'S CLUB (GEMB)
PO BOX 53092
ATLANTA, GA   30353


SEARS
PO BOX 183081
COLUMBUS, OH   43218


SHELL OIL
C/O CITICORP CREDIT SERVICES
PO BOX 2695
WATERLOO, IA   50704


WASTES SERVICE INC
10802 WEST 205TH
LOWELL, IN   46356


WELLS FARGO
733 MARQUETTE AVE
MINNEAPOLIS, MN   55402
```